IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LINDSAY COWAN,**<br><br>                    Petitioner,<br><br>           v.<br><br>**TIM PEREZ, Warden, California Institution for Men,**<br><br>                    Respondent. | No. 2:15-cv-01270 TLN AC P<br><br><br>[~~PROPOSED~~] <u>ORDER</u> |

GOOD CAUSE appearing, Respondent's motion to extend time, ECF No. 13, is GRANTED.  IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before October 21, 2015.

DATED: September 22, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:15-cv-01270-AC)