**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
**BILL MORROW, ESQ.  C.S.B.  #140772**
**JAMES M. GRIFFITHS, ESQ.   C.S.B. # 228467**
LEPISCOPO & ASSOCIATES LAW FIRM
3511 Camino del Rio South, Suite 101
San Diego, California 92108
Telephone:  (619) 299-5343
 Facsimile:  (619) 299-4767

Attorneys for Petitioner, **ROBERT LINDSAY COWAN**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVSION

| | |
|---|---|
| **ROBERT LINDSAY COWAN,** | Case No.  2:15-cv-01270-AC |
| PETITIONER, | |
| v. | *[PROPOSED]* **ORDER** |
| **TIM PEREZ**, in his official capacity as Warden, California Institution for Men, California State Prison, | |
| RESPONDENT. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Petitioner's Reply to Respondent's Answer to the Petition for Writ of Habeas Corpus be filed on or before December 21, 2015.

DATED: November 5, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*[PROPOSED]* ORDER
**1**